575 A.2d 914

**BOARD OF SUPERVISORS OF MIDDLE PAXTON TOWNSHIP, Appellant,**

**v.**

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF ENVIRONMENTAL RESOURCES.**

**No. 48 M.D. Appeal Dkt. 1989.**

Supreme Court of Pennsylvania.

June 15, 1990.

## ORDER

PER CURIAM:

AND NOW, this 15th day of June, 1990, the Application for Reconsideration is denied.